ROBERT RAND
3813 White Lane
Bakersfield, CA 93309
661-800-6100
Rrand5252@gmail.com

**FILED**

APR 1 5 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT RAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case 26 cv - 02857 - HBK |
| v. | ) | |
| | ) | Jury Trial Demand |
| BEAU BRIAN BRINDLEY, | ) | |
| d/b/a Law Office of Beau B. Brindley, | ) | |
| 53 W. Jackson Blvd. # 1410, | ) | |
| Chicago, IL 60604, | ) | |
| 312-765-8878, | ) | |
| info@brindleylaw.com, | ) | |
| | ) | |
| Defendant. | ) | |

## ORIGINAL COMPLAINT

PLAINTIFF, Robert Rand, a pro se, and for his Original Complaint against Defendant Beau Brian Brindley and the Law Office Beau B. Brindley, alleges as follows:

## INTRODUCTION

1.     Plaintiff contracted with Defendant to prepare a federal 28 U.S.C. § 2255 postconviction motion in *United States v. Rand*, Case 16 cr 29 (D. Nevada). Defendant agreed to provide representation in the postconviction litigation and to engage in all matters related to the postconviction motion. Defendant breached the

1

contract by failing to enter his appearance in the Rand, Case 16 cr 29. Defendant filed a fraudulent pro se postconviction motion bearing Plaintiff's forged signature. Defendant breached his fiduciary duty to Plaintiff and Defendant's actions constitute malpractice and negligence. Plaintiff seeks damages of $500,000.00 in that he was denied an opportunity to challenge his conviction.

## PARTIES

2.      Plaintiff is domiciled in the Eastern District of California at 3813 White Lane in Bakersfield, California.

3.      Defendant is domiciled in Illinois and is doing business as the Law Office of Beau B. Brindley at 53 W. Jackson Blvd. # 1410 in Chicago, Illinois.

## JURISDICTION AND VENUE

4.      Plaintiff and Defendant are domiciled in different states and Plaintiff seeks damages of $500,000.00. This Court has jurisdiction pursuant to 28 U.S.C. § 1332. Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391.

## FACTS

5.      On December 27, 2022, Plaintiff's Family' contracted with Defendant on Plaintiff's behalf to prepare a federal 28 U.S.C. § 2255 postconviction motion in *United States v. Rand*, Case 16 cr 29.

6.      Plaintiff's Family paid Defendant $15,000.00 on Plaintiff's behalf to prepare said motion.

7.    Defendant agreed to provide representation in the postconviction litigation and to engage in all matters related to the postconviction motion in Rand, Case 16 cr 29.

8.    Defendant breached the contract by failing to enter his appearance in the Rand, Case 16 cr 29.

9.    On June 28, 2023, Defendant filed a fraudulent pro se postconviction motion bearing Plaintiff's forged signature in Rand, Case 16 cr 29 (ECF 821).

10.    The postconviction motion states Declaration Under Penalty of Perjury and executed at Chicago, [Illinois], on June 27, 2023.

11.    On June 27, 2023, Plaintiff was incarcerated at the Federal Correctional Institution (FCI) in Terminal Island, California.

12.    Defendant breached his fiduciary duty to Plaintiff and Defendant's actions constitute malpractice and negligence.

13.    Plaintiff seeks damages of $500,000.00 in that he was denied an opportunity to challenge his conviction.

## COUNT ONE – BREACH OF CONTRACT

14.    Plaintiff incorporates paragraphs 1-13 as though full set forth herein.

15.    Plaintiff and Defendant entered into a contract.

16.    Defendant failed to fulfil his contractual obligation to provide representation in the postconviction litigation and to engage in all matters related to the postconviction motion.

17.    Defendant breached his contractual obligation to duty by failing to enter his appearance in the Rand, Case 16 cr 29.

18.    Defendant's breach of contract has caused Plaintiff to incur damages of $500,000.00 in that he was denied an opportunity to challenge his conviction.

## COUNT TWO – FRAUD AND FORGERY

19.    Plaintiff incorporates paragraphs 1-18 as though full set forth herein.

20.    On June 28, 2023, Defendant filed a fraudulent pro se postconviction motion bearing Plaintiff's forged signature in Rand, Case 16 cr 29 (ECF 821).

21.    The postconviction motion states Declaration Under Penalty of Perjury and executed at Chicago, [Illinois], on June 27, 2023.

22.    On June 27, 2023, Plaintiff was incarcerated at the Federal Correctional Institution (FCI) in Terminal Island, California.

23.    Defendant knew that Plaintiff's signature was a forgery.

24.    Defendant's fraud and forgery caused Plaintiff to incur damages of $500,000.00 in that he was denied an opportunity to challenge his conviction.

## COUNT THREE – FIDUCIARY DUTY AND LEGAL MALPRACTICE

25.    Plaintiff incorporates paragraphs 1-24 as though full set forth herein.

26.    On June 28, 2023, Defendant filed a fraudulent pro se postconviction motion bearing Plaintiff's forged signature in Rand, Case 16 cr 29 (ECF 821).

27.    The postconviction motion states Declaration Under Penalty of Perjury and executed at Chicago, [Illinois], on June 27, 2023.

28.   On June 27, 2023, Plaintiff was incarcerated at the Federal Correctional Institution (FCI) in Terminal Island, California.

29.   Defendant knew Plaintiff's signature was forged and he knowingly breached his fiduciary duty to Plaintiff.

30.   Defendant's actions constitute malpractice and negligence and caused Plaintiff to incur damages of $500,000.00 in that he was denied an opportunity to challenge his conviction.

## JURY DEMAND

31.   Plaintiff requests a jury trial.

## RELIEF REQUESTED

32,   Plaintiff requests the following relief: general and special damages in an amount of $500,000.00; punitive damages in an amount of $500,000.00; and such further relief as the Court and/or Jury deem just and reasonable.

Respectfully submitted,

ROBERT RAND
3813 White Lane
Bakersfield, CA 93309
661-800-6100